THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  By The United States Attorney<br>    For the District of Columbia<br>    555 4th Street, N.W.<br>    Washington, D.C. 20530<br><br>      Plaintiff,<br><br>  v.<br><br>Dynamic Visions Inc.<br>  D/B/A DYNAMIC VISIONS HOME<br>  HEALTH SERVICES<br>    7603 Georgia Avenue N.W.,<br>    Washington, D.C. 20012<br><br>And<br><br>ISAIAH M. BONGAM, Owner and President<br>  Of Dynamic Vision Inc.<br>  601 Black Branch Way<br>  Bowie, MD 20721<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF NICHOLAS J. PHEND IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT AND GARNISHMENT

I, Nicholas J. Phend, being duly sworn, depose and state as follows:

### INTRODUCTION

(1) I am a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the Washington Field Office, 601 4th Street NW, Washington, DC. I have been a Special Agent with the FBI since April 2008. I am currently assigned to a health care fraud unit where my duties include the investigation of health care fraud, prescription drug diversion, mail and

1

wire fraud, money laundering, and false claims in the Washington, D.C. and Northern Virginia areas.

(2) This declaration is submitted in support of an application for writ of attachment and garnishment against Dynamic Visions Home Health Care, also known as Dynamic Visions Incorporated (hereinafter, "Dynamic Visions"), and Isaiah Bongam.

(3) This declaration contains information necessary to support this application. It is not intended to include each and every fact and matter observed by me or known to the government.

(4) The facts and information contained in this declaration are based upon my personal knowledge of the investigation, information provided to me by other law enforcement officers, physical surveillance, and other information gathered during the course of the investigation.

## DYNAMIC VISION'S SCHEME TO DEFRAUD

(5) Based on my training, knowledge, and experience in the investigation of health care fraud, I know that billing for services not rendered is a common fraud scheme used by Medicaid home health care service providers to defraud the District of Columbia Medicaid Program ("DC Medicaid"). Billing for services not rendered is a term used when a Medicaid provider submits a claim to Medicaid for reimbursement for a service that they never provided. Providers bill for services not rendered in order to obtain monetary reimbursement from the Medicaid program to which they are not lawfully entitled.

2

(6)     The FBI and the Department of Health and Human Services- Office of the Inspector General ("DHHS-OIG") have been conducting an investigation of Dynamic Visions since August 2008. Dynamic is a District of Columbia Medicaid home health care agency operating under provider no. 035361600 (State Program) and 035643500 (Waiver Program). Dynamic is a corporation registered with the Maryland Department of Taxation as having a registration address of 16102 Eckhart Raod, Bowie, Maryland 20716. Dynamic has a physical business address located at 7603 Georgia Avenue NW, Suites 200 and 204, Washington, DC 20012. The owner of Dynamic is Isaiah Bongam.

(7)     A post-payment review was conducted by the District of Columbia Department of Health Care Finance - Office of Program Integrity, of paid claims submitted to the District of Columbia Medicaid by Dynamic Visions from January 2006 to October of 2008. Twenty-Five (25) recipients were selected for analysis and investigation. The recipients were selected based on submitted claims for services rendered seven (7) days per week for eight (8) hours per day. The post-payment review consisted of records review and interviews of recipients, responsible parties, physicians, building security and building managements associated with the recipient.

(8)     The post-payment review showed that Dynamic Visions submitted fraudulent claims for each of the twenty-five (25) recipients selected. The review further revealed a $543,145.13 loss to the District of Columbia Medicaid Program. The identified loss represents payments for services not rendered. For example, below is a summary of five (5) of the

3

recipients' claims investigated by the FBI, HHS-OIG and the District of Columbia Department of Health Care Finance – Office of Program Integrity.[1]

**Medicaid Recipient 4214**

(9) On August 16, 2008, Medicaid Recipient 4214 was interviewed by law enforcement officers at the recipient's residence. The recipient advised that she had been receiving home health care services through Dynamic Visions for a number of years. The recipient advised that a Dynamic Visions personal care assistant (PCA) assisted her Monday through Friday, between the hours of 9:00AM and 3:00PM. The recipient stated that she did not receive services on the weekend. The recipient advised that she had not been evaluated by a physician since approximately November of 2007.

(10) On December 2, 2008, Special Agent Gregg C. Domroe (FBI) reviewed all paid claims for Medicaid Recipient 4214 between the dates of September 29, 2007 and August 16, 2008. During this time period, Dynamic Visions was paid a total of $42,183.40 for services allegedly provided to this recipient. Of the $42,183.40, weekend services accounted for $12,453.00. The weekend services represent a total of 29.5% of the paid claims for this recipient during the specified time period. Based on the recipient's statement that she did not receive services on the weekend, the $12,453.00 has been identified as a financial loss to the District of Columbia Medicaid Program.

---

[1] On December 17, 2008, the FBI and DHHS-OIG executed search warrants on the business locations of Dynamic Visions and home of Isaiah Bongam. A review of the documents located during the search revealed that patient files contained plans of care that were backdated, not signed by a physician or authorized nurses, or otherwise out of date or missing.

4

(11)     District of Columbia Medicaid claims statements reflect that Dynamic Visions was paid for services rendered on Saturday, August 16, 2008. Special Agent Gregg C. Domroe (FBI), Special Agent Christopher Steinbauer (DHHS-OIG), and Investigator Regina James (Department of Health Care Finance – Office of Program Integrity) were present in the residence on August 16, 2008, and a PCA was not present.

**Medicaid Recipient 9805**

(12)     On August 16, 2008, Medicaid Recipient 9805 was interviewed by law enforcement at the recipient's residence. The recipient advised that she had been receiving home health care services for the past two (2) years. The recipient could not recall the name of the home health agency providing services, but believed that Dynamic Visions sounded familiar. The recipient advised that she was receiving PCA or "homemaker", services every Monday, Wednesday and Friday, between the hours of 8:00AM and 3:00PM. The recipient stated that she did not receive services on the weekend.

(13)     On December 2, 2008, Special Agent Gregg C. Domroe (FBI) reviewed all paid claims for Medicaid Recipient 9805 between the dates of November 30, 2007 and September 27, 2008. During this time period, Dynamic Visions was paid a total of $39,510 for services allegedly provided to this recipient. Of the $39,510, services on Tuesdays, Thursdays, Saturdays and Sundays accounted for $22,558.80. The services on Tuesdays, Thursdays, Saturdays and Sundays represent a total of 57.1% of the paid claims for this recipient during the specified time period. Based on the recipient's statement that she only received services on Mondays, Wednesdays and Fridays, the $22,558.80 has been identified as a financial loss to the District of Columbia Medicaid Program.

(14) District of Columbia Medicaid claims statements reflect that Dynamic Visions was paid for services rendered on Saturday, August 16, 2008. Special Agent Gregg C. Domroe (FBI), Special Agent Christopher Steinbauer (HHS-OIG), and Investigator Regina James (Department of Health Care Finance – Office of Program Integrity) were present in the residence on August 16, 2008, and a PCA was not present.

**Medicaid Recipient 5215**

(15) On August 16, 2008, Medicaid Recipient 5215 was interviewed by law enforcement officer at the recipient's residence. The recipient advised that she had been receiving home health care services through Dynamic Visions for approximately two (2) years. The recipient advised that she was receiving PCA services every Monday through Friday between the hours of 9:00AM and 3:00PM. The recipient advised that the PCA does not usually work on the weekends. The PCA worked the occasional Saturday when the recipient needed assistance with her grocery shopping. The recipient advised that the PCA primarily washed her clothing and did the grocery shopping. The recipient stated that she cooked, cleaned, bathed, used the restroom, and took her medication without the assistance of the PCA.

(16) On December 2, 2008, Special Agent Gregg C. Domroe (FBI) reviewed all paid claims for Medicaid Recipient 5215 between the dates of November 9, 2006 and March 1, 2008. During this time period, Dynamic Visions was paid a total of $62,197.60 for services allegedly provided to this recipient. Of the $62,197.60, weekend services accounted for $17,473.60. The weekend services represent a total of 28.1% of the paid claims for this recipient during the specified time period. Based on the recipient's statement that she did not receive regular

6

services on the weekend, the $17,473.60 has been identified as a financial loss to the District of Columbia Medicaid Program.

(17) On August 16, 2008, the security guard for the recipient's building, Sergeant Keisha Cook, was interviewed regarding building policy regarding all visitors. Sergeant Cook advised that all visitors must sign in prior to being granted entry, and a form of identification must be left at the front desk. Sergeant Cook advised that she did not recall a home health aide ever coming to see Recipient 5215. Sergeant Cook advised that the only visitor coming to see Recipient 5215 with any regularity was a personal friend.

(18) On August 20, 2008, the security guard for the recipient's building, Sergeant Alfreda Parrish, provided Special Agent Gregg C. Domroe (FBI) with the original visitor logs, with date ranges between February 6, 2008 and July 25, 2008, to review. Sergeant Parrish advised that all visitors must sign in, even visitors accompanied by a resident.

(19) In early September 2008, Special Agent Gregg C. Domroe (FBI) reviewed the visitor logs of the recipient's building, and found no reference to the PCA named by the recipient.

**Medicaid Recipient 4956**

(20) On August 15, 2008, Investigator Regina James of the Department of Health Care Financing - Office of Program Integrity, interviewed Medicaid Recipient 4956 telephonically. The recipient advised that she was supposed to receive home health services, but it never happened. The recipient advised that her fourteen (14) children handled her care. The recipient

recalled receiving a few days of nurse service in January and February of 2008 after her release from the hospital.

(21) On December 2, 2008, Special Agent Gregg C. Domroe reviewed all paid claims for Medicaid Recipient 4956 between the dates of December 30, 2008 and June 14, 2008. During this time period, Dynamic Visions was paid a total of $22,035.36 for services allegedly provided to this recipient for nursing services and PCA services. Based on the recipient's statement that she never received PCA services, the amount of $21,255 has been identified as a financial loss to the District of Columbia Medicaid Program.

**Medicaid Recipient 5592**

(22) On July 29, 2008, Investigator Regina James of the Department of Health Care Financing - Office of Program Integrity, interviewed the mother and daughter of Medicaid Recipient 5592 telephonically. The mother and daughter both advised that the recipient received PCA services every Monday through Friday, between the hours of 9:00AM and 4:00PM. Both the mother and daughter advised that the recipient did not receive services on the weekend.

(23) On August 27, 2008, Investigator James received a fax copy of a plan of care for the recipient. The plan of care, dated by the physician on January 4, 2008, stated that the patient required more assistance and would benefit from weekend services as per nurse's assessment. The document reflected a verbal order date of October 22, 2007.

(24) On December 2, 2008, Special Agent Gregg C. Domroe (FBI) reviewed all paid claims for Medicaid Recipient 5592 between the dates of September 26, 2006 and July 28, 2008.

8

02/21/2011 21:06 2022782598 PAGE 10/16
Case 1:11-cv-00695-CKK Document 6-1 Filed 04/26/11 Page 9 of 15

During this time period, Dynamic Visions was paid a total of $70,017.20 for services allegedly provided to this recipient for nursing services and personal care aide services. Of the $70,017.20, weekend services account for $10,497. The change to weekend service took place on October 27, 2007; however, the recipient's mother and daughter stated that the recipient was not receiving weekend services. Based on the statements of the mother and daughter the amount of $10,497 has been identified as a financial loss to the District of Columbia Medicaid Program.

## ISAIAH BONGAM

(25)    Maryland public records show that Dynamic Visions Incorporated was first registered as a business entity with the state of Maryland on August 4, 1997. The registered agent for Dynamic Visions was listed as Isaiah Bongam and the business address provided was 16102 Eckhart Road, Bowie, Maryland 20716, a property owned by Isaiah Bongam.

(26)    On March 26, 2010, Special Agents Gregg C. Domroe (FBI) and Christopher B. Steinbauer (HHS-OIG) interviewed Isaiah Bongam's daughter, Octavie Bi Bongam-Bynum ("Octavie Bongam"), at her home, located at 9902 Woodyard Circle, Upper Marlboro, Maryland. During the interview, Octavie Bongam stated that Isaiah Bongam had sole control of all Dynamic Visions bank accounts and would make all deposits and withdrawls. Octavie Bongam further stated that Isaiah Bongam was the only authorized signer for Dynamic Visions business checking accounts.

(27)    In addition to being the owner of Dynamic Visions Home Health Services, Isaiah Bongam is also the President and Registered Agent of Bongam Investment Corporation and Nation Capital Builders. Both of these corporations utilize a corporate address of 16102 Eckhart

9

Road, Bowie, MD 20716, which is the home address of Isaiah Bongam. The corporate mission of Nation Capital Builders and Bongam Investment Corporation is in no way associated to that of Dynamic Visions Home Health Services.

### OCTAVIE BONGAM

(28)    On March 26, 2010, Special Agents Gregg C. Domroe (FBI) and Christopher B. Steinbauer (HHS-OIG) interviewed Octavie Bi Bongam-Bynum ("Octavie Bongam") at her home, located at 9902 Woodyard Circle, Upper Marlboro, Maryland. During the interview, Octavie Bongam stated that she had worked at Dynamic Visions Home Health Care from approximately 2003 to 2008. From approximately 2004 to 2005, Octavie Bongam was the Administrator for Dynamic Visions. Octavie Bongam stated that her overall duty was the management of Dynamic Visions and that she was responsible for payroll, Medicaid/Medicare billing, hiring and recruiting.

### REAL PROPERTY ASSETS

(29)    On February 17, 2011, I reviewed public source information and identified several real properties owned in the name of Isaiah Bongam, the owner of Dynamic Visions. The review revealed that Isaiah Bongam was listed as the sole owner of a property located at 16102 Eckhart Road, Bowie, Maryland 20716. According to the Maryland Department of Assessments and Taxation, the tax assessed value of the property is $309,400. Isaiah Bongam was also listed as the sole owner of a property located at 1205 44th Place SE, Washington, DC 20019. A review of the District of Columbia Real Property Assessment Database revealed a tax assessed value of $277,410 for the property.

(30)   On February 17, 2011, I reviewed public source information for properties in the name of Octavie Bongam. The review revealed that Octavie Bongam was listed as an owner of the property located at 9415 Colesville Road, Silver Spring, Maryland 20901. According to the Maryland Department of Assessments and Taxation, the tax assessed value of the property is $422,900. Octavie Bongam was also listed as an owner of 9902 Woodyard Circle, Upper Marlboro, Maryland 20772. The tax assessed value of this property was shown to be $213,500.

## BANK ACCOUNTS, CASH WITHDRAWLS AND WIRE TRANSFERS

(31)   In December 2008, a federal search warrant was conducted at the offices of Dynamic Visions, located at 7603 Georgia Avenue, Suite 200, Washington, DC. During the execution of the search warrant, documents were found in the Dynamic Visions office that revealed the existence of bank accounts maintained by Bongam at institutions located outside of the United States.

(32)   On October 21, 2009, Bank of America provided Special Agent Christopher B. Steinbauer (DHHS-OIG) with bank account information relating to accounts maintained by Isaiah Bongam. The information was provided by Bank of America pursuant to a written request by Special Agent Steinbauer. A review of the Bank of America information revealed that Isaiah Bongam maintained multiple bank accounts for his various corporations at numerous banking institutions.

(33)   Below is a list of the bank accounts that investigation has revealed were maintained by Isaiah Bongam:

11

| BANK | ACCOUNT # | OWNER |
|---|---|---|
| Industrial Bank | 5280095 | Dynamic Visions |
| Industrial Bank | 1162993 | Nation Capital Builders |
| Industrial Bank | 1154117 | Dynamic Visions |
| Industrial Bank | 1164937 | Bongam Investment Corp |
| Industrial Bank | 1137026 | Bongam Investment Corp |
| Industrial Bank | 1158473 | Dynamic Visions Inc |
| Industrial Bank | 1162993 | Nation Capital Builders |
| | | |
| Bank of America | 4465469004 | Dynamic Visions Inc. |
| Bank of America | 3936893362 | Bongam/Isaiah |
| Bank of America | 4463637456 | Bongam Investment Corp |
| Bank of America | 4600643685 | Dynamic Visions Inc. |
| Bank of America | 4469526794 | Bongam Investment Corp |
| Bank of America | 4464576985 | LONGTCHI/GEDEON/FACHU/FRI/J |
| Bank of America | 4466090168 | Bongam Investment Corp |
| | | |
| Branch Banking and Trust | 5155617154 | Dynamic Visions Inc |
| | | |
| PNC Bank | 5300756099 | Dynamic Visions Inc |
| PNC Bank | 3000992200 | Bongam/Isaiah |
| PNC Bank | 5303278571 | Dynamic Visions Inc |
| PNC Bank | 5302392778 | Dynamic Visions Inc |
| PNC Bank | 5303186714 | Bongam/Isaiah |
| | | |
| Citibank | 17715926 | Bongam/Isaiah |
| Citibank | 1209737374 | Bongam/Isaiah |
| Citibank | 1209518331 | Bongam/Isaiah |
| | | |
| Riggs | 100100000017204000 | Dynamic Vision INC |
| Riggs | 100100000076479000 | Bongam/Isaiah |
| Riggs | 17204106 | Bongam/Isaiah |
| Riggs | 81785152 | Bongam/Isaiah |
| | | |
| Amity Bank Cameroon, Africa | 372 50079 60192 | Bongam Isaiah |
| | | |
| ROFEC Yaounde | 371 50205701-44 | Bongam Isaiah |
| ROFEC Douala | 37121943501-73 | Bongam Isaiah |

(34)  Special Agent Gregg C. Domroe (FBI) conducted an analysis of large wire transfers between the various accounts held at Industrial Bank. The results of the analysis showed that between June 25, 2007 and August 31, 2007, approximately $590,000 was wire transferred from the accounts in the name of Dynamic Visions to the account in the name of Nation Capital Builders; approximately $30,000 was transferred from the accounts in the name of Dynamic Visions to the account in the name of Bongam Investment Corporation; and approximately $255,000 was transferred from the Nation Capital Builders account to the Bongam Investment Corporation account. The account analysis also reflects an external wire transfer from the Dynamic Visions account to a Bank of America account in the name of Isaiah Bongam in the amount of $30,000.

(35)  The Industrial account records for Dynamic Visions reflect that between June 25, 2007 and August 31, 2007 approximately $433,000 in incoming wire transfers were received from the accounts in the name of Bongam Investment Corporation and Nation Capitol Builders.

(36)  An analysis of large cash withdrawals from the Industrial Bank accounts in the name of Dynamic Visions, Bongam Investment Corporation and Nation Capitol Builders reflects that Isaiah Bongam took approximately $693,000 in cash withdrawals between June 4, 2007 and October 24, 2008.

(37)  On 01/21/2010, law enforcement Agents interviewed Thomas Tanue, an employee of Bongam Investment Corporation ("BIC"), regarding Dynamic Visions and Isaiah Bongam. During the interview, Tanue stated that BIC is owned by Isaiah Bongam and that Dynamic Visions is the parent company of BIC. Tanue further stated that Isaiah Bongam used

BIC and other money transfer businesses to execute money transfers to accounts held in the name of Isaiah Bongam and others.

## PENDING MEDICARE/MEDICAID PAYMENTS

(38) On May 14, 2010, the District of Columbia Office of Administrative Hearings ("OAH") revoked Dynamic Visions' home health care license, making Dynamic Visions ineligible to be a Medicaid provider in the District of Columbia. According to Special Agent Christopher B. Steinbauer (DHHS-OIG), however, Dynamic Visions is still able to resubmit documentation for unpaid claims to receive payment for services purportedly rendered prior to the revocation of Dynamic Visions' home health care license. Dynamic Visions may have unspecified assets in the form of unpaid Medicaid claims.

(39) On August 18, 2010, the Centers for Medicare and Medicaid Services ("CMS") entered a payment suspension against Dynamic Visions to prevent payment of future Medicare claims. According to Special Agent Christopher B. Steinbauer, the term of a payment suspension is 180 days. As a result, the payment suspension CMS entered against Dynamic Visions expired on February 13, 2011 and, at any time, Dynamic Visions could resubmit documentation for unpaid claims to receive payment.

## CONCLUSION

(40) Defendants knowingly and willfully executed or attempted to execute a scheme to defraud D.C. Medicaid in connection with the delivery of, or payment for health care services, in that Dynamic Visions and its employees used Medicaid recipient information to bill Medicaid

14

for personal care aide services that were not actually provided, authorized or supported by documentation.

(41) It is therefore requested that an application for writ of attachment and garnishment be issued to preserve and sustain Dynamic Visions financial assets such that the United States may recover future judgments made against the Defendants for fraudulent invoices for services never rendered or claims not supported.

(42) No bond is required of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _04_ day of March, 2011.

_____
Special Agent Nicholas J. Phend
Federal Bureau of Investigation