

**INDUSTRIAL BANK**
*Getting Things Done.*

**Date:** June 6, 2011

**Plaintiff:** United States of America          **Defendant:** Dynamic Visions Inc
                                                                  Isaiah Bongam

**Case No:** 11cv695 (CKK)

\_\_\_\_ Available Funds $ _____
\_\_\_\_ No Funds Available
\_\_\_\_ No Accounts
__x__ Accounts Closed

I hereby certify that on this 6th day of June 2011 a copy of the foregoing answer has been mailed first class to the parties listed below.

_____
Garnishee
Risk Management Specialist

Darrell C. Valdez, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

Isaiah Bongam
7603 Georgia Ave., N.W.
Washington, D.C. 20011

United States District Courts
3rd & Constitution Ave., N.W., RM 6822
Washington, D.C. 20001

I declare under the penalties of perjury that the answers to the above interrogatories are to the best of my knowledge and belief, true and correct as to every material matter.

*Revised 8/07*



RECEIVED
Mail Room

JUN - 8 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11cv695(CKK) |
| DYNAMIC VISIONS INC., | ) |
| D/B/A Dynamic Visions Home Health Services | ) |
| And | ) |
| ISAIAH BONGAM, | ) |
| Defendants. | ) |

## CLERK'S NOTICE OF PREJUDGMENT
## WRIT OF ATTACHMENT AND GARNISHMENT

To:  Dynamic Visions Inc. D/B/A Dynamic Visions Home Health Services
16102 Eckhart Road, Bowie, MD 20716
And
Isaiah M. Bongam, Owner and President Of Dynamic Vision Inc.
601 Black Branch Way, Bowie, MD 20721

You are hereby notified that non-exempt property of Dynamic Visions, Inc., and Isaiah Bongam, consisting of monies and real property listed in the attached documentation are being taken by the United States Government ("the Government"), which says that Dynamic Visions, Inc., and Isaiah Bongam owes it a debt of $1.6 million for False Claims Act, 31 U.S.C. §3729, *et seq.*, and has filed a lawsuit to collect this debt. The Government says it must take this property at this time because reasonable cause exists to believe that Dynamic Visions, Inc., and Isaiah Bongam is about to assign, dispose, remove the property or is about to convert the property into money, securities, or evidence of debt in a manner prejudicial to the United States with the effect



of hindering, delaying or defrauding the United States. 28 U.S.C § 3101(b)(1)(B) and (C). The Government wants to make sure Dynamic Visions, Inc., and Isaiah Bongam will pay if the court determines that this money is owed.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Dynamic Visions Inc., and Isaiah Bongam, can show that the exemptions apply. Attached is a description of the exemptions that apply in actions arising out of a federal civil judgment.

If you are Dynamic Visions Inc., or Isaiah Bongam, and you disagree with the reason the Government gives for taking your property now, or if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions, you have a right to ask the court to return your property to you.

If you want a hearing, you must promptly notify the court. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at The United States District Court for the District of Columbia, 333 Constitution Ave. NW, # 6822 Washington D.C., DC 20001-2858. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the court clerk. You must also send a copy of your request to the Government at Darrell Valdez, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W., Civil Division, Washington, D.C. 20530, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government, why you disagree with the reason the Government says it must take your

property at this time, or why you believe the property the Government has taken is exempt or belongs to someone else. You may make any or all of these explanations as you see fit.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court for the District of Columbia, 333 Constitution Ave NW # 6822 Washington D.C., DC 20001-2858. You must also send a copy of your request to the Government at Darrell Valdez, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W., Civil Division, Washington, D.C. 20530, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
CLERK, UNITED STATES DISTRICT COURT