## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 11-CV-695 (CKK) |
| DYNAMIC VISIONS, INC. D/B/A DYNAMIC VISIONS HOME HEALTH SERVICES, | * * | |
| And | * | |
| ISAIAH BONGAM, | * | |
| Defendants | * | |
| v. | | |
| BANK OF AMERICA, N.A., | * | |
| Garnishee. | * | |
| * * * * * * * * * * * * * | | |

### ANSWER OF GARNISHEE, BANK OF AMERICA, N.A.

Bank of America, N.A., Garnishee, by its undersigned counsel, for its Answer to the Writ of Attachment and Garnishment, states as follows:

In the Writ of Attachment and Garnishment, this Court directed Garnishee to hold specific property as set forth in the Writ which consists of six (6) different accounts allegedly maintained at Bank of America. With regard to the six accounts named in the Writ, Garnishee responds as follows:

| Account No. | Name | Status |
|---|---|---|
| XXXX-XX-9004 | Dynamic Visions, Inc. | Closed Aug. 2010 |
| XXXX-XX-3362 | Premiere Health Services, Inc.[1] | Open/Overdrawn |
| XXXX-XX-7456 | Bongam Investment Corp. | Closed Sept. 2010 |
| XXXX-XX-3685 | Dynamic Visions, Inc. | Closed Aug. 2010 |
| XXXX-XX-6794 | Isaiah Bongam | Closed Sept. 2010 |
| XXXX-XX-6985 | Gedeon F. Longthi[2] | Closed Nov. 2009 |

---

[1] The Writ incorrectly lists the name on this account as "Isaiah Bongam". However, because the Writ specifically Orders this Garnishee to hold this account, Garnishee will hold this account until further ruling of this Court.

Garnishee confesses that it holds assets consisting of a checking account no. XXXX-XX-3362 in the name of Premiere Health Services, Inc., however, this account is currently overdrawn and there are no funds available at this time. All other accounts are closed.

Respectfully submitted,

_____/s/ *Tessa L. Frederick*_____
Tessa L. Frederick, Esquire (Bar #465519)
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 2l202
(410) 727-6464
tfrederick@milesstockbridge.com

Attorneys for Garnishee,
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of June 2011 all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing ***Answer of Garnishee, Bank of America***. In addition, a copy of the foregoing Answer was also mailed first class, postage prepaid to:

Darrell C. Valdez, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

_____/s/ *Tessa L. Frederick*_____
Tessa Laspia Frederick

---

[2] The Writ incorrectly lists the name on this this closed account as "GONGTCHI/ GEDEON /FACHU/FRI/J".