THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATE OF AMERICA,
    Plaintiff,

Vs.

**ANSWER TO WRIT OF GARNISHMENT**

DYNAMIC VISIONS INC.,
D/B/A Dynamic Visions Home
Health Services

    And

ISAIAH BONGAM,
    Defendants,

    NOW COMES BRANCH BANKING AND TRUST COMPANY (the "bank"), third party in the above- referenced action dated 5/19/11, and answers the Order/Garnishment as follows:

_____    At the time the Order/Garnishment was served upon the Bank, or at any time since then until the date of this Answer, the bank was and is indebted to the Defendants in the amount of $.

\_\_X\_\_    The Bank has no knowledge, information or belief that any other person is indebted to the Defendants or has any property of the Defendants in his possession.

This the 3rd day of June, 2011

                                  Pat Inman
                                  (910)272-4247

    Pat Inman, being first duly sworn, deposes and says:

    That he/she is a Branch Operations Specialist of Branch Banking and Trust Co. ("BB&T") and he/she has read the foregoing Answer and that the same is true and correct based upon his/her review of BB&T's records, except as to those matters therein alleged on information and belief and as to those he/she believes them to be true.

SWORN TO AND SUBSCRIBED BEFORE ME
This the 3rd Day of June, 2011

_____
Notary Public

My Commission Expires:

1-15-2013



RECEIVED
Mail Room

JUN 15 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

06/03/2011 13:01 2022782598 PAGE 09/38

Case 1:11-cv-00695-CKK Document 11 Filed 06/15/11 Page 2 of 4
Case 1:11-cv-00695-CKK Document 8 Filed 05/19/11 Page 1 of 3

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 11cv695(CKK) |
| DYNAMIC VISIONS INC., ) D/B/A Dynamic Visions ) Home Health Services ) | |
| and ) | |
| ISAIAH BONGAM, ) | |
| Defendants. ) | |

No Funds ☐
No Account ☒
No Match ☐
Processed by _Anna_

BB&T
IRS/Reg Compliance

## WRIT OF ATTACHMENT AND GARNISHMENT

This matter is before the Court on the Application for a Prejudgment Writ of Attachment and Garnishment against the property of Defendants Dynamic Visions Inc., and Isaiah Bongam, which was filed by the United States of America in conjunction with a complaint to recover a debt in the total amount of $1.6 million. The property the United States seeks to attach/garnish is as follows:

Real Property of Isaiah Bongam, located at 1205 44th Place SE, Washington, DC 20019, and

All monies, securities, sums, funds, and bank accounts; and all other accounts in the name of Dynamic Visions Inc., and Isaiah Bongam including but not limited to:

| Institution | Account Number | Name |
|---|---|---|
| BB&T | 5156735193 | Dynamic Visions Payroll |
| Bank of America | 4465469004 | Dynamic Visions |
| Bank of America | 3936893362 | Isaiah Bongam |
| Bank of America | 4463637456 | Bongam Investment Corporation |
| Bank of America | 4600643685 | Dynamic Visions Inc. |
| Bank of America | 4469526794 | Bongam Investment Corporation |
| Bank of America | 4464576985 | GONGTCHI/GEDEON/FACHU/FRI/J |



RECEIVED
Mail Room
JUN 15 2011
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(N)

06/03/2011 13:01 2022782598 PAGE 10/38
Case 1:11-cv-00695-CKK Document 11 Filed 06/15/11 Page 3 of 4
Case 1:11-cv-00695-CKK Document 8 Filed 05/19/11 Page 2 of 3

| Institution | Account Number | Name |
|---|---|---|
| Branch Banking and Trust | 5155617154 | Dynamic Visions Inc. |
| Citibank | 120978626 | Unknown |
| Citibank | 17715926 | Dynamic Visions |
| Citibank | 1209737374 | Isaiah Bongam |
| Citibank | 1209518331 | Isaiah Bongam |
| Industrial Bank | 5280095 | Dynamic Visions |
| Industrial Bank | 1162993 | Nation Capitol Builders |
| Industrial Bank | 1137026 | Bongam Investment Corporation |
| Industrial Bank | 1164937 | Bongam Investment Corporation |
| Industrial Bank | 1154117 | Dynamic Visions Inc |
| PNC Bank | 5302063747 | Isaiah & Samson Bongam |
| PNC Bank | 5300756099 | Dynamic Visions |
| PNC Bank | 3000992200 | Isaiah Bongam |
| PNC Bank | 5303278571 | Dynamic Visions Inc |
| PNC Bank | 5302392778 | Dynamic Visions Inc. |
| PNC Bank | 5303186714 | Isaiah Bongam |

Having considered the application for Prejudgment Writ of Attachment and Garnishment against the property of the Defendants, and the supporting declaration, and being duly advised in premises, this Court finds that the requirements of 28 U.S.C. §§ 3101, 3102 and 3104 are satisfied. It is hereby

ORDERED that a Writ of Prejudgment Attachment and Garnishment shall, and hereby does, issue against the aforedescribed property of the Defendant.

IT IS FURTHER ORDERED THAT the attachment and garnishment shall not exceed property reasonably equivalent in value of the aggregate amount of the debt, costs and interest.

IT IS FURTHER ORDERED THAT the United States Marshall's service shall place a levy of attachment on the aforedescribed real property of Dynamic Visions, Inc.

IT IS FURTHER ORDERED THAT the garnishees, not limited to the following banking institutions: BB&T, Bank of America, Branch Banking and Trust, Citibank, Industrial Bank, and PNC Bank, shall retain and hold the afore described property subject to this writ, and shall not

06/03/2011 13:01    2022782598                                                      PAGE 11/38
Case 1:11-cv-00695-CKK   Document 11   Filed 06/15/11   Page 4 of 4
Case 1:11-cv-00695-CKK   Document 8   Filed 05/19/11   Page 3 of 3

disburse or otherwise deliver any of such property to the Defendant or any others, until further order of the Court.

IT IS FURTHER ORDERED THAT the garnishees shall answer in writing under oath, within ten days after service of this Writ of Garnishment whether the garnishee has possession, custody, or control of any property of the Defendants and, if so, the garnishee shall provide description, including value, of said property. This answer shall be filed with the Clerk of the Court for The United States District Court for the District of Columbia, 333 Constitution Ave NW # 6822 Washington D.C., DC 20001-2858. The garnishees shall serve additional copies of the answer on Darrell Valdez, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W., Civil Division, Washington, D.C. 20530.

IT IS FURTHER ORDERED THAT the Defendants shall not assign, alienate, sell, convert, dispose of, mortgage or otherwise encumber the aforedescribed property, until further order of the Court.

IT IS SO ORDERED this _19_ day of May 2011

_____
UNITED STATES DISTRICT JUDGE