# CLOSED ACCOUNTS
## June 9, 2011, 13:32:26, CDT

Case 1:11-cv-00695-CKK    Document 6-4    Filed 04/26/11    Page 1 of 7

*Citigroup Management Corp on behalf of Citibank NA LW05575 100 Citibank Drive San Antonio, TX 78245 LA DONNA WHITE*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.11cv695(CKK) |
| ) | |
| DYNAMIC VISIONS INC., ) | |
| D/B/A Dynamic Visions Home Health Services ) | |
| ) | |
| And ) | |
| ) | |
| ISAIAH BONGAM, ) | |
| Defendants. ) | |

## CLERK'S NOTICE OF PREJUDGMENT
## WRIT OF ATTACHMENT AND GARNISHMENT

To:    Dynamic Visions Inc. D/B/A Dynamic Visions Home Health Services
16102 Eckhart Road, Bowie, MD 20716
And
Isaiah M. Bongam, Owner and President Of Dynamic Vision Inc.
601 Black Branch Way, Bowie, MD 20721

You are hereby notified that non-exempt property of Dynamic Visions, Inc., and Isaiah

Bongam, consisting of monies and real property listed in the attached documentation are being

taken by the United States Government ("the Government"), which says that Dynamic Visions,

Inc., and Isaiah Bongam owes it a debt of $1.6 million for False Claims Act, 31 U.S.C. §3729, *et*

*seq.*, and has filed a lawsuit to collect this debt. The Government says it must take this property

at this time because reasonable cause exists to believe that Dynamic Visions, Inc., and Isaiah

Bongam is about to assign, dispose, remove the property or is about to convert the property into

money, securities, or evidence of debt in a manner prejudicial to the United States with the effect

RECEIVED
Mail Room

JUN 2 2 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(Page 2 of 37 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 1:11-cv-00695-CKK   Document 12   Filed 06/22/11   Page 2 of 10

of hindering, delaying or defrauding the United States.  28 U.S.C. § 3101(b)(1) (B) and (C).  The

Government wants to make sure Dynamic Visions, Inc., and Isaiah Bongam will pay if the court

determines that this money is owed.

In addition, you are hereby notified that there are exemptions under the law which may

protect some of the property from being taken by the Government if Dynamic Visions Inc., and

Isaiah Bongam, can show that the exemptions apply.  Attached is a description of the exemptions

that apply in actions arising out of a federal civil judgment.

If you are Dynamic Visions Inc., or Isaiah Bongam, and you disagree with the reason the

Government gives for taking your property now, or if you think you do not owe the money to the

Government that it says you do, or if you think the property the Government is taking qualifies

under one of the above exemptions, you have a right to ask the court to return your property to

you.

If you want a hearing, you must promptly notify the court   You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the Court at The United States

District Court for the District of Columbia, 333 Constitution Ave. NW, # 6822 Washington D.C.,

DC 20001-2858.  If you wish, you may use this notice to request the hearing by checking the box

below and mailing this notice to the court clerk.  You must also send a copy of your request to

the Government at Darrell Valdez, Assistant United States Attorney, Judiciary Center Building,

555 4th St , N.W., Civil Division, Washington, D.C. 20530, so the Government will know you

want a hearing.  The hearing will take place within 5 days after the clerk receives your request, if

you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to

the Government, why you disagree with the reason the Government says it must take your

property at this time, or why you believe the property the Government has taken is exempt or belongs to someone else. You may make any or all of these explanations as you see fit.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court for the District of Columbia, 333 Constitution Ave NW # 6822 Washington D.C , DC 20001-2858. You must also send a copy of your request to the Government at Darrell Valdez, Assistant United States Attorney, Judiciary Center Building, 555 4th St , N.W., Civil Division, Washington, D C. 20530, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.


CLERK, UNITED STATES DISTRICT COURT

## REQUEST FOR HEARING

___      I do request a hearing because:

___      I disagree with the reason that the Government gives for taking my property.

___      I do not owe the money to the Government as it says I do.

___      The property that the Government is taking is exempt.

_____

Defendant's Name or Legal Representative

_____

Signature

Address: _____

_____

_____

Date:_____      Telephone No. _____

(Page 5 of 37 - This document can be located on the public docket at ... for further information)

Case 1:11-cv-00695-CKK   Document 6-4   Filed 04/26/11   Page 5 of 7

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 11cv695 (CKK) |
| | ) |
| DYNAMIC VISIONS INC., | ) |
| D/B/A Dynamic Visions | ) |
| Home Health Services | ) |
| | ) |
| and | ) |
| | ) |
| ISAIAH BONGAM, | ) |
| | ) |
| Defendants. | ) |
| | ) |

CLAIM FOR EXEMPTION FORM
MAJOR EXEMPTIONS UNDER FEDERAL LAW
(NON-WAGE GARNISHMENT)

I claim that the exemption(s) from garnishment which are checked below apply in this

case:

_____ 1. Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

_____ 2. Veterans' benefits (38 U.S.C. § 3101).

_____ 3. Members of armed services (10 U.S.C. § 1440, 38 U.S.C. § 562).

_____ 4. Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

_____ 5. Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

_____ 6. Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

_____ 7. Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

Exemptions listed under 1 through 7 above may not be applicable in child support and alimony
cases (42 U.S.C § 659)

_____ 8. Seaman's master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

_____ 9. Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e)).

_____ 10. Compensation for war risk hazards (42 U.S.C. § 1717).

_____ 11 Optional Federal Exemptions. You can claim items 11(a) through 11(1) or you can claim exemptions under your state law as described in the form for the exemptions relating to a state or the District of Columbia.

         (a)___ $17,425 of equity in your residence.

         (b)___ $2,775 of equity in a motor vehicle.

         (c)___ Jewelry worth up to $1,150.

         (d)___ Personal property worth up to $9,300. (However, no single item worth more than $450 can be claimed as exempt.)

         (e)___ Property totaling up to $925 in value, plus up to $8,725 of any unused amount of the exemption provided in number 11(a) above.

         (f)___ $1,750 of equity in professional books, implements or tools, of your trade or your dependant's trade.

         (g)___ Any unmatured life insurance contract you own, other than credit life insurance.

         (h)___ The aggregate value, up to $9,300, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependant of the insured.

         (i)___ Professionally prescribed health aids for you or your dependants

         (j)___ Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits, and alimony, support, and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependants.

         (k)___ A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependants, subject to the

limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

(1)___   Your right to receive, or property that is traceable to,
- an award under a crime victim's reparation law;
- a payment on account of the wrongful death of an individual of whom you were a dependant, but only to the extent reasonably necessary for your support or the support of your dependants,
- a payment under a life insurance contract that insured an individual of whom you were a dependant on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependants,
- a payment, not to exceed $17,425, on account of personal bodily injury suffered by you or by an individual of whom you are a dependant; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph,
- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support or the support of your dependants.

PLEASE MAIL THE ORIGINAL OF
THIS DOCUMENT TO:

CLERK
UNITED STATES DISTRICT COURT
3RD AND CONSTITUTION AVENUE, N W.
ROOM 6822
WASHINGTON, D.C. 20001

PLEASE MAIL A COPY OF THIS:
DOCUMENT TO:

DARRELL C. VALDEZ
ASSISTANT U.S. ATTORNEY
555 4TH STREET, N.W.
CIVIL DIVISION
WASHINGTON, D. C. 20530

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11cv695(CKK) |
| | ) |
| DYNAMIC VISIONS INC , | ) |
| D/B/A Dynamic Visions | ) |
| Home Health Services | ) |
| | ) |
| and | ) |
| | ) |
| ISAIAH BONGAM, | ) |
| | ) |
| Defendants. | ) |

## WRIT OF ATTACHMENT AND GARNISHMENT

This matter is before the Court on the Application for a Prejudgment Writ of Attachment

and Garnishment against the property of Defendants Dynamic Visions Inc., and Isaiah Bongam,

which was filed by the United States of America in conjunction with a complaint to recover a

debt in the total amount of $1.6 million. The property the United States seeks to attach/garnish is

as follows.

Real Property of Isaiah Bongam, located at 1205 44th Place SE, Washington, DC
20019, and

All monies, securities, sums, funds, and bank accounts; and all other accounts in
the name of Dynamic Visions Inc., and Isaiah Bongam including but not limited
to:

| Institution | Account Number | Name |
|---|---|---|
| BB& T | 5156735193. | Dynamic Visions Payroll |
| Bank of America | 4465469004 | Dynamic Visions |
| Bank of America | 3936893362 | Isaiah Bongam |
| Bank of America | 4463637456 | Bongam Investment Corporation |
| Bank of America | 4600643685 | Dynamic Visions Inc |
| Bank of America | 4469526794 | Bongam Investment Corporation |
| Bank of America | 4464576985 | GONGTCHI/GEDEON/FACHU/FRI/J |

(N)

Case 1:11-cv-00695-CKK   Document 8   Filed 05/19/11   Page 2 of 3

| Institution | Account Number | Name |
|---|---|---|
| Branch Banking and Trust | 5155617154 | Dynamic Visions Inc. |
| Citibank | 120978626 | Unknown |
| Citibank | 17715926 | Dynamic Visions |
| Citibank | 1209737374 | Isaiah Bongam |
| Citibank | 1209518331 | Isaiah Bongam |
| Industrial Bank | 5280095 | Dynamic Visions |
| Industrial Bank | 1162993 | Nation Capitol Builders |
| Industrial Bank | 1137026 | Bongam Investment Corporation |
| Industrial Bank | 1164937 | Bongam Investment Corporation |
| Industrial Bank | 1154117 | Dynamic Visions Inc |
| PNC Bank | 5302063747 | Isaiah & Samson Bongam |
| PNC Bank | 5300756099 | Dynamic Visions |
| PNC Bank | 3000992200 | Isaiah Bongam |
| PNC Bank | 5303278571 | Dynamic Visions Inc |
| PNC Bank | 5302392778 | Dynamic Visions Inc. |
| PNC Bank | 5303186714 | Isaiah Bongam |

Having considered the application for Prejudgment Writ of Attachment and Garnishment against the property of the Defendants, and the supporting declaration, and being duly advised in premises, this Court finds that the requirements of 28 U S C §§ 3101, 3102 and 3104 are satisfied. It is hereby

ORDERED that a Writ of Prejudgment Attachment and Garnishment shall, and hereby does, issue against the aforedescribed property of the Defendant.

IT IS FURTHER ORDERED THAT the attachment and garnishment shall not exceed property reasonably equivalent in value of the aggregate amount of the debt, costs and interest.

IT IS FURTHER ORDERED THAT the United States Marshall's service shall place a levy of attachment on the aforedescribed real property of Dynamic Visions, Inc.

IT IS FURTHER ORDERED THAT the garnishees, not limited to the following banking institutions: BB&T, Bank of America, Branch Banking and Trust, Citibank, Industrial Bank, and PNC Bank, shall retain and hold the afore described property subject to this writ, and shall not

Case 1:11-cv-00695-CKK  Document 8  Filed 05/19/11  Page 3 of 3

disburse or otherwise deliver any of such property to the Defendant or any others, until further order of the Court.

IT IS FURTHER ORDERED THAT the garnishees shall answer in writing under oath, within ten days after service of this Writ of Garnishment whether the garnishee has possession, custody, or control of any property of the Defendants and, if so, the garnishee shall provide description, including value, of said property. This answer shall be filed with the Clerk of the Court for The United States District Court for the District of Columbia, 333 Constitution Ave NW # 6822 Washington D C., DC 20001-2858. The garnishees shall serve additional copies of the answer on Darrell Valdez, Assistant United States Attorney, Judiciary Center Building, 555 4th St., N.W , Civil Division, Washington, D C  20530

IT IS FURTHER ORDERED THAT the Defendants shall not assign, alienate, sell, convert, dispose of, mortgage or otherwise encumber the aforedescribed property, until further order of the Court.

IT IS SO ORDERED this _19_ day of May 2011

_____
UNITED STATES DISTRICT JUDGE