**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 11cv695 (CKK) |
| ) | |
| DYNAMIC VISIONS, INC., ) | |
| D/B/A Dynamic Visions ) | |
| Home Health Services ) | |
| ) | |
| and ) | |
| ) | |
| ISAIAH BONGAM ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNITED STATES' INTERROGATORIES AND REQUESTS FOR PRODUCTION**
**OF DOCUMENTS IN AID OF PREJUDGMENT ENFORCEMENT**

Pursuant to 28 U.S.C. § 3015 and Rules 69, 33 and 34 of the Federal Rules of Civil Procedure, the United States of America, through counsel, requests that the Defendants answer, under oath, the following interrogatories and produce the documents requested. Your response should be served on plaintiff's counsel, Darrell Valdez, Assistant United States Attorney, Civil Division, 555 Fourth Street, N.W., Washington, D.C. 20530. Pursuant to Rules 33(b) and 34(b) of the Federal Rules of Civil Procedure, Defendants are required to serve responses and produce requested documents within thirty (30) days after service of this request, and supplement such answers in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

## Instructions

A. Each interrogatory and subpart thereof must be answered separately, fully, under oath, and in writing, and such answers must be served upon counsel for the United States within 30 days after service hereof.

B. If you know of any documents, communication, or information but cannot give the specific information or the full information for which a particular interrogatory or request for production calls, so state, give the particular reasons for your inability, give the best information that you can provide on the subject (such as approximate dates or amounts), and identify every person whom you believe may have the requested information.

C. If any interrogatory is not answered fully or document not produced in whole or in part under claim of privilege, work product or for any other reason, state the basis for your refusal to answer, and identify all allegedly privileged oral and written communications containing information requested by the interrogatory. State the precise privilege or privileges you are interposing with respect to the interrogatory or request for production. Supply sufficient factual detail to enable the Court to determine whether or not such document or communication is truly privileged, including:

> (a) the date or dates of the communication or of the document; (b) the name, position and address of each person who participated in the communication or the preparation of the document; (c) the name, position and address of each person to whom the communication or document was addressed; (d) the name and address of each person, other than the addressee, to whom the document, communication, or the substance thereof has been disclosed in any way; (e) the general subject matter of the document or communication; and (f) the basis or bases for the claim of privilege.

D. "Document" means any written, recorded, graphic, or other material, however produced or reproduced, whether or not in the possession, custody, or control of defendants, and whether or not claimed to be privileged against discovery on any grounds, including, but not limited to, material in the form of books, reports, witness statements, records, agreements, lists, memoranda, checks, correspondence, notebooks, facsimiles, telegrams, schedules, bills, invoices, notes, appointment calendars, worksheets, computer printouts, computer disks, information stored in computer memory drives of any kind, bookkeeping entries, or any other documents of any kind whatsoever, irrespective of the form, including any draft or working copy. "Document" should be interpreted broadly.

E. "Funds" means monies, securities, sums, bank accounts, and other financial or monetary assets.

F. "Identify" means:

(1) When referring to a natural person, state his or her full name and present or last known business and residence address (including street name and number), his or her last known or present business affiliation, and his or her position and business affiliation at the time of the event or matter in question;

(2) When referring to any entity other than a natural person, state its full name and the address of its principal place of business;

(3) When referring to a document, indicate the type of document (for example, letter, record, list, chart, memorandum, report, etc.) and provide its date, title, its subject matter and substance, the name of the person by whom the document was prepared and to whom it was delivered, and other information necessary to enable the custodian to locate the particular document or for its use, if necessary, in a demand for the production of documents under subpoena or the Federal Rules of Civil Procedure;

(4) When referring to an oral communication: (a) state the date and place thereof; (b) identify each person making the communication, the person to whom it was made, and each person who was present (in person or by telephone) when it was made; (c) state the subject and substance of the communication; and (d) specify each document relating to the communication or that was prepared or made during

the course thereof or as a consequence thereof.

G. "Plaintiff" means the United States or America or any department or subagency of a department of the Federal Government.

H. If, after a reasonable and thorough investigation, you are unable to answer any discovery request, or any part thereof, on the ground of lack of information available to you, specify in full and complete detail why the information is not available to you and what has been done to locate such information.  In addition, specify what knowledge or belief you have concerning the unanswered portion of any discovery request and set forth the facts upon which such knowledge or belief is based.

I. These discovery requests are continuing in nature so as to require responses to be promptly supplied as specified in Fed. R. Civ. P. Rule 26(e).

## Interrogatories

**Interrogatory No. 1**:

Identify the location of all funds, and other personal or real property belonging to or controlled by defendants, together or individually, valued at over $1000.  Please include all account numbers and/or any other account identification for funds located in banks within the United States and outside of the United States.

**Interrogatory No. 2**:

Please provide a detailed account for all of the funds that were formerly or currently in the bank accounts listed in the Court's May 19, 2011 Writ of Attachment and Garnishment, including the date any funds were withdrawn or removed from the accounts, who withdrew the funds, where the funds were taken or transferred, and where the funds are now.  These include, but are not limited to, the following accounts:

| Institution | Account Number | Name |
|---|---|---|
| BB&T | 5156735193 | Dynamic Visions Payroll |
| Bank of America | 4465469004 | Dynamic Visions |
| Bank of America | 3936893362 | Isaiah Bongam |
| Bank of America | 4463637456 | Bongam Investment Corporation |
| Bank of America | 4600643685 | Dynamic Visions Inc. |
| Bank of America | 4469526794 | Bongham Investment Corporation |
| Bank of America | 4464576985 | GONGTCHI/GEDEON/FACHU/FRI/J |
| Branch Banking and Trust | 5155617154 | Dynamic Visions Inc. |
| Citibank | 120978626 | Unknown |
| Citibank | 17715926 | Dynamic Visions |
| Citibank | 1209737374 | Isaiah Bongam |
| Citibank | 1209518331 | Isaiah Bongam |
| Industrial Bank | 5280095 | Dynamic Visions |
| Industrial Bank | 1162993 | Nation Capitol Builders |
| Industrial Bank | 1137026 | Bongam Investment Corporation |
| Industrial Bank | 1164937 | Bongam Investment Corporation |
| Industrial Bank | 1154117 | Dynamic Visions Inc |
| PNC Bank | 5302063747 | Isaiah & Samson Bongam |
| PNC Bank | 5300756099 | Dynamic Visions |

| | | |
|---|---|---|
| PNC Bank | 3000992200 | Isaiah Bongam |
| PNC Bank | 5303278571 | Dynamic Visions Inc. |
| PNC Bank | 5302392778 | Dynamic Visions Inc. |
| PNC Bank | 5303186714 | Isaiah Bongam |

## Requests For Production

Please provide copies of the following requested documents:

**Request No. 1**:

All documents that refer to, relate to, or support the answers given in the aforementioned interrogatories.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843